E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francis Farris  Plaintiff,  ) CASE NO. C08-04035 PJH
vs.                         ) APPLICATION TO PROCEED
Southwest Airlines          ) IN FORMA PAUPERIS
              Defendant.    )

I, Francis Farris, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?            Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: not applicable     Net: not applicable
Employer: not applicable  Southwest Airlines

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)         - 1 -

1 | and wages per month which you received.
2 | *Southwest Airlines    Nov. 2007*
3 | *1950.00*
4 | *1500.00*
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |         a.      Business, Profession or          Yes ___  No *X*
8 |                 self employment?
9 |         b.      Income from stocks, bonds,       Yes ___  No *X*
10|                 or royalties?
11|         c.      Rent payments?                    Yes ___  No *X*
12|         d.      Pensions, annuities, or           Yes ___  No *X*
13|                 life insurance payments?
14|         e.      Federal or State welfare payments, Yes *X*  No ___
15|                 Social Security or other govern-
16|                 ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| *calworks   329.00*
20|
21| 3.      Are you married?                          Yes ___  No *X*
22| Spouse's Full Name: *not applicable*
23| Spouse's Place of Employment: *not applicable*
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $ *not applicable*       Net $ *not applicable*
26| 4.      a.      List amount you contribute to your spouse's support:$ *not applicable*
27|         b.      List the persons other than your spouse who are dependent upon you for support
28|                 and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)                      - 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  A.S.W.  11 years old
3  _____
4  5.  Do you own or are you buying a home?  Yes ___ No _X_
5  Estimated Market Value: $ not applicable  Amount of Mortgage: $ not applicable
6  6.  Do you own an automobile?  Yes ___ No _X_
7  Make not applicable  Year not applicable  Model not applicable
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Bank of America
12 _____
13 Present balance(s): $ 20.00
14 Do you own any cash?  Yes ___ No ___ Amount: $ _____
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 market value.)  Yes ___ No _X_
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ 96.00  Utilities: 250.00
20 Food: $ 350.00  Clothing: 500.00
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 Capital One          $ 77.00              $ 2,000
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 9.  Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 _____

Form-Intake 3 (Rev. 4/05)  - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No  _X_
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  not applicable
7  not applicable
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _____    _____
12            DATE                        SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                - 4 -