SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER B. ZARGAROF, Cal. Bar No. 204382
JULIE WONG, Cal. Bar No. 247342
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
jzargarof@sheppardmullin.com
jwong@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MORGAN FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
mforsey@sheppardmullin.com

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS FARRIS, | Case No.: C 08-04035 PJH |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| SOUTHWEST AIRLINES, | |
| Defendant. | [Complaint Filed: August 25, 2008] |
| | Trial Date: None Set |

TO THIS HONORABLE COURT:

IT IS STIPULATED by and between the parties hereto that this action may be dismissed *with prejudice* as to all parties; each party to bear her/its own attorneys' fees and costs. This stipulation is made as the result of the settlement of the action. The parties have executed a formal settlement.

IT IS SO STIPULATED.

Dated: 4/8, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
JENNIFER B. ZARGAROF
MORGAN FORSEY
JULIE WONG
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Dated: _____, 2009

By _____
FRANCIS FARRIS
*Pro Per* Plaintiff

-2-

TO THIS HONORABLE COURT:

IT IS STIPULATED by and between the parties hereto that this action may be dismissed *with prejudice* as to all parties; each party to bear her/its own attorneys' fees and costs. This stipulation is made as the result of the settlement of the action. The parties have executed a formal settlement.

IT IS SO STIPULATED.

Dated: _____, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
JENNIFER B. ZARGAROF
MORGAN FORSEY
JULIE WONG
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Dated: April 8, 2009

By _____
FRANCIS FARRIS
*Pro Per* Plaintiff

4/15/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **April 14, 2009**, I served the following document(s) described as **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Francis Farris           Plaintiff
2969 106th Avenue
Oakland, CA 94605

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 213-620-1398. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 14, 2009**, at Los Angeles, California.

*Robin Ramage*
Robin Ramage